UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                           :

SOCRATES FRIAS,                        :

                            Plaintiff,    :
                                           :                        23-CV-7439 (VSB)
            -against-              :
                                           :                           **ORDER**

FIRST AVE & 117TH ST INC., SHEIKH A.  :
GULZAR, AND ARSHAD HUSSAIN,     :
                                         :
                          Defendants.  :
                                         :
------------------------------------------------------------ X

VERNON S. BRODERICK, United States District Judge:

       Plaintiff filed this action on August 22, 2023, (Doc. 1), and filed affidavits of service on

September 13, 2023, (Doc. 6).  The deadline for Defendants to respond to Plaintiff's complaint

was September 27, 2023.  (*See* Doc. 6.)  To date, Defendants have not appeared or responded to

the complaint.  Plaintiff, however, has taken no action to prosecute this case.  Accordingly, if

Plaintiff intends to seek a default judgment, he is directed to do so in accordance with Rule 4(H)

of my Individual Rules and Practices in Civil Cases by no later than October 17, 2023.  If

Plaintiff fails to do so or otherwise demonstrate that he intends to prosecute this litigation, I may

dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:     October 3, 2023
             New York, New York

_____
VERNON S. BRODERICK
United States District Judge