

# STEPHEN D. HANS & ASSOCIATES, P.C.
### LABOR & EMPLOYMENT COUNSEL FOR OVER 40 YEARS

30-30 Northern Blvd, Suite 401
Long Island City, NY 11101

**T:** 718.275.6700 • **F:** 718.275.6704

**APPLICATION GRANTED**
**SO ORDERED** _(signature)_
**VERNON S. BRODERICK**
**U.S.D.J.**  6/3/2024

Extension is granted until June 21, 2024.

Hon. Vernon S. Broderick
United States Magistrate Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

> **Re:**   **Frias v. First Ave & 117th St Inc., et al**
> **Case No. 23-cv-07439-VSB**

Dear Judge Broderick:

This office represents the Defendants in the above-referenced matter. We write jointly with Plaintiff's counsel to respectfully request an extension of time to file our settlement agreement pursuant to this Court's Order, dated May 1, 2024. The submission of the settlement agreement is due by May 31, 2024.

Our firm received a copy of the settlement agreement from Plaintiff's counsel last week. We respectfully request an additional three weeks to review the settlement agreement with our clients and address any concerns that may arise.

We thank the Court for its time and consideration.

Respectfully Submitted,

/s/Stephen Hans
Stephen D. Hans (SH-0798)
30-30 Northern Boulevard, Suite# 401
Long Island City, NY 11101
Tel: 718-275-6700