UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
SOCRATES FRIAS,                                             :
                                                            :
                      Plaintiff,      :
                                                            :     23-CV-7439 (VSB)
     - against -                                          :
                                                            :          **ORDER**
                                                            :
FIRST AVE & 117TH ST INC., SHEIKH A.                        :
GULZAR, AND ARSHAD HUSSAIN,                                 :
                                                            :
                      Defendants      :
                                                            :
------------------------------------------------------------X

**VERNON S. BRODERICK, United States District Judge:**

       In light of the parties' settlement, the post-discovery conference scheduled for June 21, 2024 at 1:00 p.m. is adjourned *sine die*.

SO ORDERED.

Dated: June 21, 2024
       New York, New York

                                                              Vernon S. Broderick
                                                              United States District Judge